# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER EARL STRUNK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-2234 (RJL) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF STATE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

March 18, 2011

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion for summary judgment [Dkt. #37] is GRANTED IN

PART and DENIED IN PART WITHOUT PREJUDICE; it is

FURTHER ORDERED that plaintiff's Notice of Motion for an Order of the Department

of State to Release the FOIA Requested Information of Stanley-Ann Dunham [Dkt. #35] is

DENIED; and it is

FURTHER ORDERED that defendants shall file a renewed motion for summary

judgment with respect to plaintiff's FOIA request to U.S. Customs and Border Protection not

later than **April 29, 2011**; plaintiff shall file his opposition or other response to the motion not

later than **May 27, 2011**; defendants shall file a reply, if any, not later than **June 17, 2011**.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge